

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 2 5 2010

JAMES N. HATTEN, Clerk
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

JEANETTE CAMPBELL,          :
                            :
    Plaintiff,              :
                            :    CIVIL ACTION NO. TWT
vs.                         :
                            :    1 10-CV-0854
DR. KAREN TARTT-CALLIER,    :
DR. BARBARA MCMILLIAN-PERSAUD, :
DR. DAVID WILLIAMS,         :
SOUTHSIDE MEDICAL CENTER,   :
                            :
    Defendants.             :

### NOTICE OF REMOVAL

NOW COMES the United States Attorney seeking to remove to this Court pursuant to 28 U.S.C. § 2679(b) and 42 U.S.C. § 233(c) the lawsuit styled <u>Jeanette Campbell v. Dr. Karen Tartt-Callier, Dr. Barbara McMillian-Persaud, Dr. David Williams, Southside Medical Center</u>, Superior Court of Fulton County, State of Georgia, Civil Action No. 2010CV179728 (filed on January 5, 2010), and respectfully shows this court as follows:

1.

Defendants Dr. Karen Tartt-Callier, Dr. Barbara McMillian Persaud, Dr. David Williams and Southside Medical Center were served with a summons and complaint on approximately January 7, 2010. A copy of the summons and complaint are attached hereto as

Exhibit A.

2.

Plaintiff in this action seeks judgment for damages from the named defendants as a resulting of the performance of medical, surgical, dental or related functions as defined by 42 U.S.C. § 233(a). Defendants are employees of the Southside Medical Center, Inc., a federally supported health center covered by the Public Health Service Act, 42 U.S.C. § 233(g), as amended by the Federally Supported Health Centers Assistance Act of 1995 (Pub. L. 104-73). Southside Medical Center, Inc. was deemed eligible for Federal Tort Claims Act coverage on January 1, 2008 and renewed its deemed status on January 1, 2009. Defendants were deemed to be federal employees covered by 42 U.S.C. § 233(a) for acts and omissions that occurred after January 1, 2008.

3.

The applicable version of 42 U.S.C. § 233(a) provides:

> The remedy against the United States provided by sections 1346(b) and 2672 of Title 28, or by alternative benefits provided by the United States where the availability of such benefits precludes a remedy under section 1346(b) of Title 28, for damage for personal injury, including death, resulting from the performance of medical, surgical, dental or related functions, including the conduct of clinical studies or investigation, by any commissioned officer or employee of the Public Health Service while acting within the scope of his office or employment, shall be exclusive of any other civil action or proceeding by reason of the same subject matter against the officer or employee

(or his estate) whose act or omission gave rise to the claim.

Upon certification by the Attorney General or his designee that the defendants were acting within the scope of their federal employment at the time of the incident out of which the lawsuit arose, the action is deemed one against the United States, and the United States must be substituted as a defendant in place of the named defendants.  42 U.S.C. § 233(c).

4.

The above-captioned action is one which may be removed without bond to this court at any time before trial pursuant to 42 U.S.C. § 233(c).

5.

Attached hereto as Exhibit B is a certification signed by the United States Attorney for the Northern District of Georgia, that defendants were acting within the scope of their federal employment at the time of acts and omissions alleged in the lawsuit.

WHEREFORE, defendants pray that the above-styled case now pending in the Superior Court of Fulton County, State of Georgia, be removed therefrom to this court.

Respectfully submitted,

SALLY QUILLIAN YATES

UNITED STATES ATTORNEY

/s/ Lisa D. Cooper
LISA D. COOPER
ASSISTANT U.S. ATTORNEY

600 Richard Russell Bldg.
75 Spring Street, SW
Atlanta, Georgia 30303
(404) 581-6249 tel.
(404) 581-6150 fax
Ga. Bar No. 186165

**CERTIFICATE OF COMPLIANCE**

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

S/LISA D. COOPER
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 186165

**CERTIFICATE OF SERVICE**

I certify that I have this day served this <u>Notice of Removal</u> by depositing a copy thereof in the United States Mail and addressed as follows:

> Jeanette Campbell
> 1003 Eisenhower Rd. S.E.
> Atlanta, GA 30354
>
> Deana Johnson
> Insley Race
> The Mayfair Royal
> 181 14th Street, N.E., Suite 200
> Atlanta, GA 30309

This 25th day of March, 2010.

S/ LISA D. COOPER
Assistant U.S. Attorney