

## IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA

136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303

**SUMMONS**

Jeanette Campbell                          Case No.: _____

_____

**Plaintiff,**

vs.

Dr Karen Collier Tartt
Barbara Persude
mr David Williams
& Southside medical
center

**Defendant**

TO THE ABOVE NAMED DEFENDANT(S):

Your are hereby summoned and required to file with the Clerk of said Court and serve upon plaintiff's attorney, whose name and address is:

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This _____5th_____ day of _____Jan._____, 20 _10_

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court

By _Tracey Vaughn_
Deputy Clerk

To defendant upon whom this petition is served:

This copy of complaint and summons was served upon you_____, 20_____

_____
Deputy Sherriff

**EXHIBIT**

A

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used

In The State Court of Fulton County
State of Georgia

Jeanette Campbell
PlaintiFF

V. DR. Karen Collier TarTT "
(Director)
· Barbara Persude-Mr David williams + southside Medical
JeFendant (Center-1046 Ridge ave, Atlanta, Ga
30315

FILED IN OFFICE
JAN - 5 2010
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA
TV

Case No.
2010CV179172

Complaint For Damages

Now Comes Jeanette Campbell. PlaintiFF in the above
styled action and states her Complaint as Follows

1. The deFendant are 'Dr. Karen Collier TarTT,
Barbara Persude. David williams + South side medica
center. who are employed by southside medical center
Claims to be Sued upon

2. Filling my Teeth Incorrect. Causing my Bite to be
oFF Track.

Scraping across my tooth with a bent ObJect,
putting 2 to 3 Breakage holes in it
Causing swelling in the leFt side oF my Throat area

3 Emotional: stress, due to the worring oF what can
be a Future loss to my teeth.

## Statement of Damages

3.
1. 2 to 3 Breakage holes in my lower left Tooth

2. Caused my Bite to be off track between my Top and lower Left teeth.

3. Swollen Lumph node - Left side

4. Emotional stress due to the worring of what can be a Future loss to my Tooth

Wherefore Plaintiff demands Judgment against defendants For the sum of $250,000 or the maxium, I want the maxium

Jeanette Campl

Prose

Gddress. Telephone Number)

1005 Eisenhower Rd SE

Atlanta, Ga, 30354

404-918-9030

IN THE SUPERIOR COURT OF Fulton COUNTY
STATE OF GEORGIA

Jeanette Campbell
Plaintiff,

v. " Dr. Karen Collier Tartt
Barbara Percude        ) Civil Action File No. 2010CV179728
Defendant

irector)

Mr. David Williams + Southside
medical center atlanta, Ga
1046 Ridge Ave.
30315                      AFFIDAVIT

STATE OF GEORGIA
COUNTY OF Fulton
Personally appeared before the undersigned officer authorized to administer oaths,
Jeanette Campbell, who states under oath that s/he has personal knowledge of the following facts:
I Went to Southside dental Dept. on Nov 20th 1908
For my appointment to get my tooth Filled, there was a problem
in the beginning because, I didn't want all my teeth done there
I asked her If she could Fil my tooth without taking it
out of content so I could line up with the Top tooth, and she
said yes, so she gave me 2 shots and began to do my tooth,
doing the process of Filling my tooth there was a problem,
I heard DrTartt tell her assitance Ebony, that the imparchment
paper messed her up + etc. then she kept scraping across
my tooth with a beat object, I was in a lot of pain. When
she finished, and I felt 2 to 3 Breakage holes in my tooth and
a lumpy Filling, and my teeth bite was off track.
This 5th day of January, 20 10.

Jeanette Campbell
Affiant

E Arnestine D. Seary
Notary Public    My Commission Expires August 27, 2011

Sworn to and subscribed before me this ___5___ day of January 20 10

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION

JEANETTE CAMPBELL,                    :
                                      :
     Plaintiff,                       :
                                      :      CIVIL ACTION NO.
vs.                                   :
                                      :
                                      :
DR. KAREN TARTT-CALLIER,              :
DR. BARBARA MCMILLIAN-PERSAUD,        :
DR. DAVID WILLIAMS,                   :
SOUTHSIDE MEDICAL CENTER,             :
                                      :
     Defendants.                      :
```

## CERTIFICATION

Pursuant to 28 U.S.C. § 2679(d)(1), Sally Quillian Yates, the United States Attorney for the Northern District of Georgia, hereby certifies that he has reviewed the complaint in this action, and based upon the information currently available, she is of the opinion that Dr. Karen Tartt-Callier, Dr. Barbara Persaud, Dr. David Williams and Southside Medical Center, Inc. were acting within the scope of their employment as an employees of the United States of America for the acts alleged in this lawsuit.

This 18 day of March, 2010.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY
NORTHERN DISTRICT OF GEORGIA
600 Richard Russell Bldg.
75 Spring St. SW
Atlanta, GA 30303

EXHIBIT

B

PENGAD 800-631-6989