UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEANETTE CAMPBELL,

        Plaintiff,

vs.

UNITED STATES OF AMERICA,

        Defendant.

CIVIL ACTION FILE NO.
1:10-cv-0854-TWT

## J U D G M E N T

This action having come before the Court, Thomas W. Thrash, Jr., United States District Judge, for consideration of Defendant's Motion to Dismiss, and the Court having **granted** said motion, it is

**Ordered and Adjudged** that plaintiff take nothing and that this action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia this 29th day of November, 2010.

JAMES N. HATTEN
CLERK OF COURT

By:   s/ Denza F. Bankhead
       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 29, 2010

James N. Hatten
Clerk of Court

By:   s/ Denza F. Bankhead
      Deputy Clerk